Case 3:24-cv-00900-K-BK   Document 3   Filed 04/09/24   Page 1 of 4   PageID 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 9 2024
CLERK, U.S. DISTRICT COURT
Deputy

3-24CV-900 K

To whom it may concern,

I am writeing in regards to being held Hostage by the State of TEXAS in T.D.C.J. I Am Also includeing my time sheet to show that T.D.C.J. is not up holding A Plea Agreement That was made in Henderson county TX. to run a state Jail felony concurrent with a regular felony. I was convicted of Tamp.(Fab PHYS EVID INT IMPAI. And Possession of Controlled substance. The Plea Agreement I made and have A copy of for myself and you clearly states that the only way I would sign was if both charges was ran concurrent. I was release on Aug. 9th from T.D.C.J. custody for only 97 days. I was rearrested on Nov 16th of the same year. For Agg. Assault w/Deadly weapon and Now T.D.C.J. Has it in there computer its not concurrent I was suppose to discharge on 10-10-2023 but computer Dates was changed and I'm still here. Please help me as of now I do not wish to sue only to be Released but if it take more than a month to get me out I would like to file an intent to

to Sue: Phile charges against the State of Texas. for Kidnapping me! You can release any information held about me or my case. to Amy Renee Smith (maidenname) Jacobs address 425. N Dallas st, Palmer Texas 75152 DL# 45169269. SS# 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. D.O.B. 10-18-86 Phone # 214-681-6173 I Am Currently incarcerated on the Alred. Hughes unit in Gatesville TX. 3201 FM 929, Gatesville TX 76528.

Sincerly

[signature]
#2039754

TR-3B

```
CSIMF800/INI801              COMMITMENT INQUIRY                 04/01/24 12:59:14
INMTCICS/HR00086 /650W     TDCJ-ID NO: 02039754 SIDNO: 05298977
 NAME: HAMPTON,DONAVON LASHAWN         APPL:        STATUS: A RQ AH L3    #OFF: 11
 OLD TDC#: 01203311 CNTY CONV: 107                                            83RD
 OFF-REC:     4804 PRJ RL: 10-10-2024 REC:     01-11-2016 MAX-TERM:    8Y  0M  0D
 PEN-REC: 037.090 MAX-EX: 10-10-2024 BEGIN: 08-11-2015 PAR-ELIG: 07-23-2018
                          INMATE TYPE: ID    HB1433: N    HB1433 VOTE:
  DYNAMIC RISK ASSESSMENT:            TYC:         HB1433 MIN EXP:
     OFFCD: 48040003 TAMP/FAB PHYS EVID INT IMPAI
      3DEG                                                                    83RD
      PENAL:037.090   MS:N PLEA:G CAUSE:CR15-1502-392      CNT:00   OFF:07-04-2015
      CC   CNTY OFF:107   CNTY/CRT:107 392 MAX TERM:   8Y  0M  0D  BEG:08-11-2015
      MIN EXP:10-10-2024 MAX:10-10-2024 PAR ELIG:07-23-2018 SENTENCED:12-02-2015
      HB1433:N   HB1433 VOTE:          HB1433 MIN EXP:                     REST: Y
      OFF TDCNO: 02039754                                    CTO DATE 01-01-0001
     OFFCD: 13150005 AGG ASLT W/DWPN
      2DEG         AGG                                   DEADWPN FLAT-ONLY 85TH
      PENAL:022.020   MS:N PLEA:G CAUSE:F-1759738-W       CNT:00   OFF:11-16-2017
      CC   CNTY OFF:057   CNTY/CRT:057 363 MAX TERM:   2Y  0M  0D  BEG:11-16-2017
      MIN EXP:11-16-2019 MAX:11-16-2019 PAR ELIG:01-01-0001 SENTENCED:03-06-2018
      HB1433:N   HB1433 VOTE:          HB1433 MIN EXP:                     REST: N
      OFF TDCNO: 02039754                                    CTO DATE 01-01-0001
 PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____   OR SID _____
```

Donvion Hampton #20397754
Alfeed Hughes Unit
3201 Fm. 929
Gatesville TX. 76528

RECEIVED
APR - 9 2024
MAILROOM X-RAY

Legal Mail

AUSTIN TX 786
RIO GRANDE DISTRICT
4 APR 2024 PM 3 L

To: United States Dist. Court,
Att. Celina
1100 Commerce st. Room: 1452
Dallas. TX. 75242.

75242-131052